NO. 01-15-00213-CR

In the
Court of criminal Appeals
Austin, Texas

Anthony Longoria

V.

The State of Texas

From Appeal NO. 01-15-00213-CR
Trial cause NO. 1378394
Harris County

First motion for Extension of time to file
Petition for Descretionary Review

To the Honorable Judge of the Court of criminal Appeal:
Comes now Anthony Longoria, Petitioner, and files this motion for an extension
of sixty (60) days in which to file a petition for Descretionary Review. In support of this motion
appellant shows the courts the following:

I

The petitioner was convicted in the 337th District Court of Harris
County, Texas of the offense of Aggravated Robbery in case NO. 137834901010-3, styled
State of Texas V. Anthony Longoria. The petitioner appealed to the court of appeals,
Texas Suprem Judicial District. The case was affirmed on Nov. 15, 2016

FILED IN
COURT OF CRIMINAL APPEALS

DEC 22 2016

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 22 2016

Abel Acosta, Clerk

## II

The present deadline for filing the petition for Descretionary Review is Dec. 15, 2016. The Petitioner has not requested any extention prior to this request.

## III

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the court of appeals in affirming his case until Nov. 22nd 2016. Since that time petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal Adam Brown, has informed Petitioner that he will not represent him on the Petition for Descretionary Review

Wherefore, petitioner prays this court grants this motion and extends the deadline for filing the Petition for Descretionary Review in case NO. 1378394010103 to Feb. 13, 2017

Anthony Micheal Longoria
Petitioner, pro se
Texas Department of Criminal Justice-
Institutional Division
Travis Unit
TDCJ# 1983688
Austin, Texas

## Certificat Of Service

I certify that a true and correct copy of the above and foregoing first motion for extension of time to file a Petition for Discretionary Review, has been forwarded by U.S. Mail, postage prepaid, first class, to the Attorney for Respondent Chelf Prosecutor Devon Anderson, at 1201 Franklin Suite 600, Houston, Texas, 77002, and to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this the 8th day of December, 2016

Anthony Micheal Longoria
Petitioner, pro-se

I, Anthony Micheal Longoria, TDCJ#1983688, being presently incarcerated in the Travis Unit of the Texas Department of criminal Justice, Austin county, Texas, verify and delare under penalty of perjury the foregoing statement are true and correct. Executed on this the 8th day of December, 2016

Anthony Micheal Longoria
Travis Unit TDCJ#1983688

Blake A. Hawthorne, Clerk
Court of Criminal Appeals
P.O. Box 12248
Austin, T.X. 78711


Dear Clerk:

Enclosed please find my pro se Defendant motion for Extention of time to file Petition for Descretionary Review, Please file this Motion and bring it to the attention of the Court.


Please date-stamp this letter and return it to me at my Address shown below I also request that you notify me of the Courts ruling on my motion.


Sincerely

Anthony Micheal Longoria
Defendant, pro se
TDCJ#1983688  Travis State Jail
8101 F.M. 969
Austin, T.X. 75098